ANDRÉ BIROTTE JR.                                    JS-6
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
KEVIN B. FINN
Assistant United States Attorney
Calif. Bar No. 128072
      Federal Building, Suite 7516
      300 North Los Angeles Street
      Los Angeles, California 90012
      Telephone:  (213) 894-6739
      Fax:              894-7327
      email:    kevin.finn@usdoj.gov
Attorneys for Defendant


                  UNITED STATES DISTRICT COURT

            FOR THE CENTRAL DISTRICT OF CALIFORNIA

                        WESTERN DIVISION

S & B LIQUOR MARKET,
                                  Case No.  CV 11-10617 DMG (SPx)
          Plaintiff,
                                  ORDER APPROVING STIPULATION
     v.                           FOR COMPROMISE SETTLEMENT
                                  AND DISMISSING CASE [27]
UNITED STATES OF AMERICA,

          Defendant.


     The Court has considered the Stipulation for Compromise

Settlement and to Dismiss Case the parties filed.

     THE COURT HEREBY ORDERS that the Stipulation for

Compromise Settlement and to Dismiss Case is approved and this

case is dismissed without prejudice, with each party to bear

its own costs and fees, including attorney fees.

DATED: September 17, 2012

                              _____
                              DOLLY M. GEE
                              UNITED STATES DISTRICT JUDGE

CV11CV10617DMG_S&B_Ord re stip 27.doc